503 A.2d 931

**Student DOE, a Minor, by M. DOE, her
Guardian, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, STATE BOARD OF EDU-
CATION, Commonwealth of Pennsylvania, Department of Ed-
ucation, Robert C. Wilburn, Secretary of Education, and Ben-
salem Township School District.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1986.

Decided Jan. 31, 1986.

Doris Applebaum, Cornwells Heights, for appellant.

David M. Donaldson, Deputy Atty. Gen., Philadelphia, for appellee.

James M. McMaster, Newtown, for Bensalem Twp. School Dist.

## ORDER

PER CURIAM:

AND NOW, this 31st day of January, 1986, this Court, sua sponte, quashes the appeal in the above matter. Record costs to be paid by appellant pursuant to Pa.R.A.P. 2741(1).